[No. 28297-2-I.   Division One.   March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO ORTEGA-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-1-00509-6, Gilbert E. Mullen, J., entered April 19, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30797-5-I.   Division One.   March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO FUENTES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01037-8, Michael J. Fox, J., entered May 29, 1992. *Reversed* by unpublished per curiam opinion.

[No. 25943-1-I.   Division One.   March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00378-8, Paul D. Hansen, J., entered April 2, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse, J., Baker, J., dissenting.